# United States Bankruptcy Court
## Eastern District of Michigan

In re  **Denmark Services, LLC**
Debtor(s)

Case No.
Chapter  **11**

## STATEMENT OF DEBTOR REGARDING CORPORATE OWNERSHIP

☐  **The following entities directly or indirectly own 10% or more of any class of the debtor's equity interest:**

Name:
Address:

**(For additional names, attach an addendum to this form)**

■  **There are no entities that directly or indirectly own 10% or more of any class of the debtor's equity interest.**

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  **September 25, 2016**

**/s/ D. Mark Kruger**
Signature of Authorized Individual
For Corporation Debtor

**D. Mark Kruger**
Print Name

**Member**
Title