Fill in this information to identify the case:
Debtor name    **Denmark Services, LLC**
United States Bankruptcy Court for the:    **EASTERN DISTRICT OF MICHIGAN**
Case number (if known):    **16-53195**

■ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Atlantis Capital, LLC 23540 Reynolds Court Clinton Township, MI 48036 | roanoke24@yahoo.com | Business Debt | | | | $114,528.53 |
| Battle Creek Realty 23540 Reynolds Cour Clinton Township, MI 48036 | markkrueger@denmarkmanagement.com | Business Debt | | | | $6,907.29 |
| Brink, Key & Chludzinski, P.C. 1300 West Centre Ave. Suite 200 Portage, MI 49024 | schinker@bkccpa.com | Business Debt | | | | $18,397.36 |
| Denmark Management Co. 23540 Reynolds Court Clinton Township, MI 48036 | markkrueger@denmarkmanagement.com | Business Debt | | | | $705,568.92 |
| El Rancho of Kalamazoo LP 23540 Reynolds Ct Clinton Township, MI 48036 | roanoke24@yahoo.com | Business Debt | | | | $6,055.94 |
| Genesee Communities LLC 23540 Reynolds Cour ME 04803-6000 | roanoke24@yahoo.com | Business Debt | | | | $27,002.99 |
| Jaffe Raitt Heuer & Weiss, P.C. 2777 Franklin Road, Suite 2500 Southfield, MI 48086 | Steve Schafer sschafer@jaffelaw.com 248-727-1447 | Legal Services | | | | $732,784.51 |

| Debtor | Denmark Services, LLC | | Case number (if known) | 16-53195 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Krueger Companies, LLC.**<br>**23540 Reynolds Ct.**<br>**Clinton Township, MI 48036** | roanoke24@yahoo.com | **Business Debt** | | | | $3,750.00 |
| **Michiana Home Sales**<br>**23540 Reynolds Court**<br>**Clinton Township, MI 48036** | roanoke24@yahoo.com | **Business Debt** | | | | $140,011.65 |
| **Michiana Owner, LLC**<br>**23540 Reynolds Court**<br>**Clinton Township, MI 48036** | roanoke24@yahoo.com | **Business Debt** | | | | $87,806.76 |
| **Muskegon Group LLC**<br>**23540 Reynolds Court**<br>**Clinton Township, MI 48036** | roanoke24@yahoo.com | **Business Debt** | | | | $5,512.73 |
| **Park Capital Investments, LLC**<br>**c/o Gregg Williams, R.A.**<br>**2280 E West Maple Road**<br>**Walled Lake, MI 48390** | **Brian Moore**<br>**bmoore@dykema.com**<br>**248-203-0700** | | **Contingent Unliquidated Disputed** | $2,857,304.09 | $0.00 | $2,857,304.09 |
| **PCI Calhoun/Clinton, LLC**<br>**c/o Gregg Williams, R.A.**<br>**2280 E West Maple Road**<br>**Walled Lake, MI 48390** | **Brian Moore**<br>**bmoore@dykema.com**<br>**248-203-0700** | | **Contingent Unliquidated Disputed** | $2,857,304.09 | $0.00 | $2,857,304.09 |
| **PCI Elms, LLC**<br>**c/o Gregg Williams, R.A.**<br>**2280 E West Maple Road**<br>**Walled Lake, MI 48390** | **Brian Moore**<br>**bmoore@dykema.com**<br>**248-203-0700** | | **Contingent Unliquidated Disputed** | $2,857,304.09 | $0.00 | $2,857,304.09 |

| Debtor | Denmark Services, LLC | | Case number (if known) | 16-53195 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **PCI Macomb, LLC**<br>**c/o Gregg Williams, R.A.**<br>**2280 E West Maple Road**<br>**Walled Lake, MI 48390** | **Brian Moore**<br><br>**bmoore@dykema.com**<br>**248-203-0700** | | **Contingent**<br>**Unliquidated**<br>**Disputed** | $2,857,304.09 | $0.00 | $2,857,304.09 |
| **PCI West Michigan, LLC**<br>**c/o Gregg Williams, R.A.**<br>**2280 E West Maple Road**<br>**Walled Lake, MI 48390** | **Brian Moore**<br><br>**bmoore@dykema.com**<br>**248-203-0700** | | **Contingent**<br>**Unliquidated**<br>**Disputed** | $2,857,304.09 | $0.00 | $2,857,304.09 |
| **Porter County Treasurer**<br>**155 Indiana Ave., #209**<br>**Valparaiso, IN 46383** | **(219) 465-3470** | **Taxes** | | | | $21,056.43 |
| **Progressive Capital Partners, LLC**<br>**23540 Reynolds Court**<br>**Clinton Township, MI 48036** | **roanoke24@yahoo.com** | **Business Debt** | | | | $26,698.38 |
| **United Industrial Services**<br>**P.O. Box 980351**<br>**Ypsilanti, MI 48198** | **peterb@unitedindustrialservice.com** | **Business Debt** | | | | $4,025.00 |
| **Wells County Treasurer**<br>**102 W. Market, Suite 204**<br>**Bluffton, IN 46714** | **treasurer@wellscounty.com** | **Taxes** | | | | $18,138.00 |